# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |  |
|---|---|---|---|
| USA | ) | Case No: 14 CR 722-1 |  |
|  | ) |  |  |
| v. | ) |  |  |
|  | ) | Magistrate Judge:  Sidney I. Schenkier |  |
|  | ) |  |  |
| Marc Greer | ) |  |  |
|  | ) |  |  |

## ORDER

Initial appearance proceedings held. Removal proceedings held. Defendant Marc Greer appears in response to arrest on 12/12/14. Defendant advised of charges and penalties available under the law and informed of his rights. The Court finds defendant is unable to afford counsel. Enter order appointing Eugene Steingold as counsel for defendant for initial appearance and removal proceedings only. The Government and defendant agree on conditions of release, which the Court accepts. Defendant released on $4,500.00 appearance bond with conditions. Enter Order Setting Conditions of Release. Defendant waives identity hearing. The Court enters a finding of identity. Terminated defendant Marc Greer. Defendant ordered removed to the Northern District of Texas, Dallas Division for further proceedings. As stated on the record, the Court orders the defendant to appear in the Northern District Court of Texas, Dallas Division, where the charges are pending to answer those charges. Enter order (attached). As stated on the record, the Court orders the defendant to appear before U.S. District Judge Barbara M.G. Lynn at a date and time to be determined and as directed at the U.S. District Court, Northern District of Texas, Dallas Division, 1100 Commerce Street, Dallas, TX, 75242. Defendant is ordered released after processing.

(T: 00:20)

Date:   December 12, 2014

/s/ _Sidney I. Schenkier_

SIDNEY I. SCHENKIER
UNITED STATES MAGISTRATE JUDGE