

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO ILLINOIS 60604**
December 18, 2014

**THOMAS G. BRUTON**
**Clerk of Court**

**OFFICE OF THE CLERK**

U.S. District Court

Northern District of Texas, Dallas Division

1100 Commerce Street

Dallas, Texas 75242

ATTN: HONORABLE JUDGE BARBARA M.G. LYNN

**Re: USA vs.** Marc Greer

**Case: 14 cr 722**

Dear Clerk of Court:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings conducted in this District regarding the above named defendant.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

All documents filed prior to electronic filing are included in this transfer package.

Subsequent paper documents filed after 1/18/05 are also included:

6,7 and 8

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Thomas G. Bruton, Clerk

by: Yvette Pearson

Deputy Clerk